**GLENS OF IRONDUFF PROP. OWNERS ASS'N, INC. v. DALY**

[367 N.C. 198 (2014)]

THE GLENS OF IRONDUFF PROPERTY OWNERS ASSOCIATION, INC. v. JOHN E. DALY AND CONSTANCE V. DALY

No. 21PA13

(Filed 24 January 2014)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, ___ N.C. App. ___, 735 S.E.2d 445 (2012), affirming an order granting summary judgment for defendants entered on 28 September 2011 by Judge Gary E. Trawick in Superior Court, Haywood County. Heard in the Supreme Court on 6 January 2014.

*Dungan, Kilbourne & Stahl, P.A., by James W. Kilbourne, Jr. and Robert E. Dungan, for plaintiff-appellant.*

*Cannon Law, P.C., by William E. Cannon, Jr. and Michael W. McConnell, for defendant-appellees.*

*Whitfield Bryson & Mason LLP, by Scott C. Harris and Matthew E. Lee, for North Carolina Advocates for Justice, amicus curiae.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.